AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

VIOLATION: 8 U.S.C. Section 1326 - Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 yrs. maximum imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment

**DEFENDANT - U.S.**

► GUILLERMO LOPEZ-ALANIZ,

DISTRICT COURT NUMBER

CR07-00658 MJJ

FILED OCT 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Santa Clara

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JAMES C. MANN, AUSA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

GUILLERMO LOPEZ-ALANIZ,

CR07-00658 MJJ

DEFENDANT.

---

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry
Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this 18th day of October 2007

_____ Clerk

Bail, $ No bail arrest warrant.
Wayne D. Brazil  10-18-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR07-00658 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| | ) | |
| GUILLERMO LOPEZ-ALANIZ, | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about August 9, 2007, in the Northern District of California, the defendant,

GUILLERMO LOPEZ-ALANIZ,

an alien, after having been removed, excluded, and deported from the United States and thereafter knowingly and voluntarily reentering and remaining in the United States, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United

////

LOPEZ-ALANIZ INDICTMENT

States, in violation of Title 8, United States Code, Section 1326.

DATED: October 18, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA J.C. MANN

LOPEZ-ALANIZ INDICTMENT                    2