DOCUMENTS UNDER SEAL ☐

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK | TOTAL TIME (mins): 7 mins |
| | Frances Stone for Ivy Garcia | REPORTER/FTR |
| MAGISTRATE JUDGE | DATE | FTR 10/24/07 10:02:12- 10:09:22 |
| Hon. Wayne D. Brazil | 10/24/07 | NEW CASE ☐ | CASE NUMBER CR07-00658-MJJ |

### APPEARANCES

| DEFENDANT GUILLERMO LOPEZ-ALANIZ | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY James Mann | | INTERPRETER Angela Zawadzki (Spanish Int.) | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER none | PRETRIAL SERVICES OFFICER Paul Mamaril | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT Entry Plea-5 min HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER- HELD SET MTT DATE |
| ☒ DETENTION HRG NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | |

FILED

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES 2 MIN. | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | OCT 24 2007 |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 1 CT. | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 11/9/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT: 2:30PM (Oakland Ctrm 4) | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Martin Jenkins | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

There is an I.C.E hold/detainer on Deft. Joyce Leavitt appointed as counsel as it is a MJJ/Oakland case. AFPD Joyce Leavitt will contact WDB clerk if matter needs to be put back on calendar for a Detention hearing. Time between 10/24/07 and 11/9/07 excluded under 18 USC 3161.
CC: WDB Stats; IVY; Debbie Maghoney/MJJ Chambers; Alfred Amistoso/MJJ calendaring; Pretrial Svcs