UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

MARTIN JENKINS
United States District Judge

Date:   November 9, 2007

Case No.  CR 07-0658  MJJ

Case Title:   USA v.   GUILLERMO LOPEZ-ALANIZ (CUSTODY)PRESENT

Attorneys:
    For the Government:   James Mann

    For the Defendant(s):   Joyce Leavitt

Deputy Clerk:  **Cora Klein**              Reporter:  Starr Wilson
                                                                  Interpreter:(Spanish) Angela Zawadzki

## PROCEEDINGS

1)   Status

2)  

Case Continued to:     1/18/2008 at 2:00 PM         For Status/Change of Plea

## ORDERED AT THE HEARING

time:

EXCLUDABLE DELAY :   effective preparation of counsel
Begin:11/9/07              End:1/18/08