SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GUILLERMO LOPEZ-ALANIZ,<br><br>    Defendant. | No. CR-07-00658 MJJ<br><br>STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT<br><br>Date:    January 18, 2008<br>Time:    2:30 p.m.<br>Court:   Hon. Martin J. Jenkins |

     On November 9, 2007, the parties to the above-captioned matter appeared before this Court for a status hearing. At the status hearing, the parties informed the Court of an anticipated disposition involving a plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The Court set the matter for change of plea on January 18, 2008 at 2:30 p.m. The

////
////
////
////
////
////

1  parties hereby request that the United States Probation Office prepare a pre-plea criminal history
2  report.
3
4  DATED: December __20__, 2007
5
6
7  _____/S/_____              _____/S/_____
   JAMES C. MANN                                  JOYCE LEAVITT
   Assistant United States Attorney               Assistant Federal Public Defender
8  Counsel for United States                      Counsel for Guillermo Lopez-Alaniz
9
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10 "conformed" signature (/S/) within this e-filed document.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-07-00658 MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00658 MJJ |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT |
| | ) | |
| v. | ) | Date:    January 18, 2008 |
| | ) | Time:    2:30 p.m. |
| | ) | Court:   Hon. Martin J. Jenkins |
| GUILLERMO LOPEZ-ALANIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matter is set for a change of plea on January 18, 2008 at 2:30 p.m. before this Court. **IT IS HEREBY ORDERED** that the United States Probation Office prepare a pre-plea criminal history report prior to the aforementioned change of plea hearing.

STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-07-00658 MJJ

1  DATED:_____           _____
2                                     HON. MARTIN J. JENKINS
                                      United States District Judge
3
4
5
6
7
8
9
10
11  Distribute to:
12
    Joyce Leavitt
13  Assistant Federal Public Defender
14  Federal Public Defender
    555 - 12th Street, Suite 650
15  Oakland, CA 94607
16  Counsel for Defendant
17
    James C. Mann
18  Assistant United States Attorney
19  1301 Clay Street, Suite 340S
    Oakland, CA 94612
20  Counsel for Plaintiff
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-07-00658 MJJ