FILED   E-filing

JAN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00658 MJJ |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT |
| ) | |
| v.  ) | Date:    January 18, 2008 |
| ) | Time:   2:30 p.m. |
| ) | Court:  Hon. Martin J. Jenkins |
| GUILLERMO LOPEZ-ALANIZ, ) | |
| ) | |
| Defendant. ) | |

The above-captioned matter is set for a change of plea on January 18, 2008 at 2:30 p.m. before this Court. **IT IS HEREBY ORDERED** that the United States Probation Office prepare a pre-plea criminal history report prior to the aforementioned change of plea hearing.

STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-07-00658 MJJ

1  DATED: 12/20/2007

                HON. MARTIN J. JENKINS
                United States District Judge

11  Distribute to:

Joyce Leavitt
Assistant Federal Public Defender
Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Counsel for Defendant

James C. Mann
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-07-00658 MJJ