UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **January 18, 2008** [**2:49 pm - 2:54 pm**] | Court Reporter: **Diane Skillman** |

Case No:    **CR07-00658-1 MJJ**

DEFENDANT:    **GUILLERMO LOPEZ-ALANIZ**    (**x**) Present    ( ) Not Present    (**x**) In Custody

AUSA:    **James Mann**            DEF ATTY:    **Joyce Leavitt**

Interpreter:    **Angela Zawadzki**        Probation Officer:

TYPE FOR HEARING:    **Status**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- 

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:    **March 14, 2008 at 2:30 pm**    for    **Change of Plea**
                                        **(Oak #2)**

BASIS TO EXCLUDE TIME GRANTED FOR:    **Effective preparation**    Thru    **3/14/2008**

JUDGMENT:

Notes:    **USPO report still pending**