**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3  **USA,**

4                                                    No. **CR07-00658-1 MJJ**

5                   Plaintiff(s),              **Clerk's Notice**

6      v.

7  **GUILLERMO LOPEZ-ALANIZ**,

8                   Defendant(s),
   _____/

9

10      (Plaintiff is required to serve, and file proof of service with the Court, any
11      party involved not listed on the attached proof of service.)

12  YOU ARE NOTIFIED THAT the Change of Plea and Sentencing hearing
13  scheduled for Friday, March 14, 2008, before The Honorable Martin J. Jenkins
14  has been moved to **1:30 p.m.**

15  Please report to courtroom 2, on the 4th Floor, U.S. Courthouse, 1301 Clay
16  Street, Oakland, CA 94612.

17

18

19

20  Dated:        March 11, 2008                    FOR THE COURT,

21                                                  Richard W. Wieking, Clerk

22                                                  By:_____

23                                                      Monica Narcisse
                                                        Courtroom Deputy

24

25

26  Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for
27  additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date
    for a motion does not change the date on which an opposition brief or reply brief is due;
    any opposition brief remains due not less than 21 days prior to the date of the *originally*
28  *noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed*
    hearing date.