FILED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**           Courtroom Clerk:  **Monica Narcisse**

Date: **March 14, 2008**    [3:15 - 3:50 pm]     Court Reporter: **Diane Skillman**

Case No:    **CR07-00658-1 MJJ**

DEFENDANT:    **GUILLERMO LOPEZ-ALANIZ**    (x) Present    ( ) Not Present    (x) In Custody

AUSA:    **James Mann**              DEF ATTY:    **Joyce Leavitt**

Interpreter:    **Maria Munoz**       Probation Officer:

TYPE FOR HEARING:    **Change of Plea and Sentencing**

ORDER AFTER HEARING(S):
- Court accepts Stipulation for factual basis for entry or plea. Application to Enter Guilty Plea and Plea Agreement accepted and filed. Court finds defendant **guilty** as to **count 1** of the indictment. Time waived additional PSR and sentencing.

CASE CONTINUED TO:            for

BASIS TO EXCLUDE TIME GRANTED FOR:        Thru

JUDGMENT:    Court finds Offense Level 10, Criminal History VI, leading to a Guideline Range of 24 - 30 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **24 months custody of the BOP to be followed by 3 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. Defendant remanded to the custody of the U.S. Marshal

Notes: